IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN



 




NO. 3-93-050-CR




EX PARTE: STEVEN ARMENDARIZ,



 APPELLANT



 



FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT



NO. 0920296, HONORABLE JON N. WISSER, JUDGE PRESIDING


 





PER CURIAM

 This is an appeal from an order of the district court denying appellant the relief
sought in his application for writ of habeas corpus. Tex. R. App. P. 44. In a single point of
error, appellant contends the court erroneously refused to order his release from pretrial
confinement pursuant to Tex. Code Crim. Proc. Ann. art. 17.151 (West Supp. 1993).

 Both appellant and the State have filed motions to dismiss this appeal. According
to the motions, appellant has been tried and convicted in this cause, thereby mooting the question
of his entitlement to pretrial release.

 The motions to dismiss are granted and the appeal is dismissed.


[Before Justices Powers, Kidd and B. A. Smith]

Dismissed

Filed: March 10, 1993

[Do Not Publish]